IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS ASTORGA TORRES,<br><br>Defendant. | 4:21CR3082<br><br>**ORDER** |

IT IS ORDERED:

1) The motion of Jonathan M. Braaten to withdraw as counsel of record for Defendant, (Filing No. 20), is granted.

2) Defendant's newly retained counsel, Glenn Shapiro, shall promptly notify Defendant of the entry of this order.

3) The clerk shall delete Jonathan M. Braaten from any future ECF notifications herein.

Dated this 9th day of August, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge